## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **BECKY K. G.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No.  1:20-cv-00089-GZS |
| ) | |
| **ANDREW M. SAUL, Commissioner** ) | |
| **Of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 16) filed December 17, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

      /s/ George Z. Singal
      United States District Judge

Dated this 7th day of January, 2021.